**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELTTAC, INC., </br>     Plaintiff(s), </br> vs. </br> BOURIS INTERNATIONAL FRANCHISE, LLC, et al., </br>     Defendant(s). | Case No. 2:13-cv-02116-GMN-NJK </br></br> ORDER SETTING STATUS CONFERENCE |

This case has been transferred from the Eastern District of Texas. Docket No. 17. The Court hereby SETS a discovery status conference for November 22, 2013, at 10:00 a.m. in Courtroom 3B.

The order transferring the case to this Court indicates that this case may be related to the case pending at 2:13-cv-1372. *See* Docket No. 16. No later than November 21, 2013, the parties are hereby ORDERED to file a notice of related cases that complies with Local Rule 7-2.1.

IT IS SO ORDERED.

DATED: November 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge