# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELTTAC, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-02116-GMN-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BOURIS INTERNATIONAL | ) | |
| FRANCHISE, LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

   This case has been transferred from the Eastern District of Texas. Docket No. 17. The Court has set a discovery status conference for November 22, 2013, at 10:00 a.m. in Courtroom 3B. The Court's staff has now received a telephone call from Defendants' attorney Laura Warrick, raising several questions. The Court first advises counsel that they are prohibited from calling chambers to make *ex parte* communications. Local Rule 7-6(a). Moving forward, the Court expects strict compliance with all of the Local Rules, and counsel and the parties are advised that the failure to do so may result in sanctions. *See, e.g.*, Local Rule IA 4-1.

   Ms. Warrick's primary concerns relate to the fact that a motion to withdraw may be filed and counsel has not yet filed an application to appear *pro hac vice*. With respect to the deadline to file a notice of related cases, the Court hereby EXTENDS that deadline to November 25, 2013. With respect to Ms. Warrick's concern regarding appearing at the status conference, the Court hereby ORDERS that counsel of record appear. Counsel may address their concerns during that

1  conference.  Counsel may also appear telephonically.  Any counsel wishing to appear telephonically
2  shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing.  The
3  conference code is 123456.  In order to ensure a clear recording of the hearing, the call must be
4  made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are
5  prohibited.
6      IT IS SO ORDERED.
7      DATED: November 21, 2013

                                                   _____
                                                   NANCY J. KOPPE
                                                   United States Magistrate Judge