# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELTTAC, INC., | Case No.: 2:13-cv-02116-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE** |
| BOUARI INTERNATIONAL FRANCHISE, LLC and CAROL ANN CHANEY, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 38) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered July 7, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by July 24, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that default judgment be entered against Defendants for willful failure to comply with the Court's orders. Therefore, the Court has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 38) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that default judgment be entered against Defendants Bouari International Franchise, LLC and Carol Ann Chaney.

The Clerk shall enter judgment accordingly.

**DATED** this 6th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court