◎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Elttac, Inc.,

            Plaintiffs,

V.

Bouari International Franchise, LLC et al.,

            Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-02116-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

    IT IS ORDERED AND ADJUDGED

Default Judgment is entered in favor of Plaintiffs Elttac, Inc. and against Defendants Bouari International Franchise, LLC and Carol Ann Chaney.

October 7, 2014                                   /s/ Lance S. Wilson

Date                                                            Clerk

                                                                        /s/ Summer Rivera

                                                                        (By) Deputy Clerk