UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ELTTAC, INC., | ) | |
|                 Plaintiff(s), | ) | Case No. 2:13-cv-02116-GMN-NJK |
| | ) | ORDER |
| vs. | ) | |
| | ) | (Docket No. 41) |
| BOUARI INTERNATIONAL FRANCHISE, LLC, et al., | ) | |
|                 Defendant(s). | ) | |

      Pending before the Court is Plaintiff's motion for default judgment. Docket No. 41. This matter has been referred to the undersigned magistrate judge for handling. The undersigned previously issued a report and recommendation that default judgment be entered. Docket No. 38. Chief United States District Judge Gloria M. Navarro then adopted that report and recommendation, and a default judgment was entered. Docket Nos. 39, 40. Accordingly, the motion for default judgment is **DENIED** as moot.

      IT IS SO ORDERED.

      DATED: December 15, 2015

                                              NANCY J. KOPPE
                                              United States Magistrate Judge