UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELTTAC, INC.,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> BOUARI INTERNATIONAL  ) <br> FRANCHISE, LLC and CAROL ANN  ) <br> CHANEY,  ) <br> ) <br> Defendants.  ) <br> ) | Case No.: 2:13-cv-02116-GMN-NJK <br><br> **ORDER** |

On November 26, 2018, the Court entered an Order finding that Plaintiff Elttac, Inc.'s ("Plaintiff's") Second Motion for Default Judgment against Defendants Bouari International Franchise, LLC and Carol Ann Chaney ("Defendants"), (ECF No. 47), was premature because Plaintiff had not yet moved for clerk's entry of default. (Order 3:16–17, ECF No. 48). To streamline resolution, however, the Court construed the Second Motion for Default Judgment as a motion seeking Entry of Default by the Clerk of Court under Federal Rule of Civil Procedure 55(a). The Court then referred the Second Motion for Default Judgment to the Clerk of Court. If the Clerk of Court granted Entry of Default against Defendants, the Court permitted Plaintiff to file a renewed motion for default judgment.

After the Court's Order on Plaintiff's Second Motion for Default Judgment, the Clerk of Court granted Entry of Default against Defendants, thereby granting Plaintiff's Second Motion, (ECF No. 47). (*See* Clerk's Entry of Default, ECF No. 49). But Plaintiff has not yet filed a renewed motion for default judgment against Defendants as discussed in the Court's prior Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Motion for Default Judgment, (ECF No. 47), is **GRANTED** to the extent it sought Entry of Default against Defendants.

**IT IS FURTHER ORDERED** that Plaintiff has until October 1, 2020, to file either a renewed motion for default judgment against Defendants or a Notice to the Court stating Plaintiff no longer seeks default judgment.

**DATED** this __24__ day of August, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court